MARTIN, Appellant, v. VALHALLA REALTY & IMPROVEMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Edward C. Martin against the Valhalla Realty & Improvement Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

MARTIN, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Thomas L. Martin against Alfred H. Smith and others. F. Bien, for appellants. D. C. Hirsch, for respondent. No opinion.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on authority of Hutchinson v. Bien, 104 App. Div. 214, 93 N. Y. Supp. 216. Order filed.

MARTINE, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Maud F. Martine against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

MARVIN, Appellant, v. FENTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by George H. Marvin against James Fenton. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

MAXWELL, Respondent, v. DEXTER SULPHITE PULP & PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Nathaniel W. Maxwell against the Dexter Sulphite Pulp & Paper Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

MAYER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Charles Mayer against the city of New York. No opinion. Judgment affirmed, with costs.

MAYER, Appellant, v. JACOBSON, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Max Mayer against Barnet Jacobson. No opinion. Judgment of the Municipal Court affirmed, with costs.

MAZOYER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Eugenie Mazoyer against the New York City Railway Company. A. H. Cole, for appellant. A. Tulin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCARTHY, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Timothy J. McCarthy against the International Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

McCLAIN v. BIRD et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Mary A. McClain against Ada Bird and others.

PER CURIAM. Motion to dismiss appeal granted. Order filed.

McDONOUGH, Respondent, v. MORTON et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Rebecca McDonough against Anna E. Morton and others. No opinion. Order affirmed, with $10 costs and disbursements.

McDOUGALL, Respondent, v. WHITE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by James S. McDougall against Mary Ann White, impleaded with others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact, unless the plaintiff within 20 days stipulates to reduce the verdict to the sum of $2.000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., votes for affirmance.

McGUIRE, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by William McGuire against J. Ross Collins. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

McGUIRE, Respondent, v. GREAT BEAR SPRING CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Rosanna McGuire against the Great Bear Spring Company. E. L. Aldrich, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McKEY, Respondent, v. SCHEIDERER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by John McKey against Mary Scheiderer and others. No opinion. Judgment affirmed by default, with costs.

McKNIGHT, Respondent, v. McKNIGHT, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by William C. McKnight against Ida E. B? McKnight. I. N. Miller, for appellant. R. A. Inch, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

McMICHAEL, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by